AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tommie Jackson,<br>*Plaintiff*<br>v.<br>LT. Toro; Captain Jones; LT. Hardy; LT. Lorenzo; Property Officer Davids; Property Officer Torrez; Unit Counselor Walker; Unit Counselor Germanski; Unit Manager Henry; Nurse Truesdale; Nurse Davids; Doctor Hoey,<br>*Defendants*. | ) ) ) ) ) ) Civil Action No.     1:21-cv-00358-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Tommie Jackson, shall take nothing of the defendants, LT. Toro, Captain Jones, LT. Hardy, LT. Lorenzo, Property Officer Davids, Property Officer Torrez, Unit Counselor Walker, Unit Counselor Germanski, Unit Manager Henry, Nurse Truesdale, Nurse Davids and Doctor Hoey and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   November 17, 2021                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                      s/L. Baker

                                                                                    *Signature of Clerk or Deputy Clerk*